JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Julie A. Noy, et al.,**<br><br>Defendants. | **CASE NO. EDCV 10-1425 WDK FMO**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JULIE A. NOY and LORENZO PAUL SILVA, individually and d/b/a PIZZA FACTORY; and RENJUL, LLC, an unknown business entity d/b/a PIZZA FACTORY** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JULIE A. NOY and LORENZO PAUL SILVA, individually and d/b/a PIZZA FACTORY, and RENJUL, LLC, an unknown business entity d/b/a PIZZA FACTORY that the above-entitled action is hereby dismissed **with prejudice** against JULIE A. NOY and LORENZO PAUL SILVA, individually and d/b/a PIZZA FACTORY, and RENJUL, LLC, an unknown business entity d/b/a PIZZA FACTORY and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

Dated: November 17, 2010

2